# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BHH MANAGEMENT GROUP, INC.,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 2:16-cv-01592-GMN-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on July 5, 2016. (*See* ECF No. 1). Defendant filed its Answer (ECF No. 6) on August 1, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 30, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 22nd day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge